01-15-00691-CV



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 8/11/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/11/2015 2:47:31 PM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**     **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:**    2014-32348

**VOLUME** _____ **PAGE** _____    **OR**    **IMAGE #** 66371147

**DUE** 9/22/2015        **ATTORNEY** 00792344

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:**    7/24/2015

**REQUEST FOR FINDINGS OF FACT DATE FILED:** N/A

**REQUEST TRANSCRIPT DATE FILED**     N/A

**NOTICE OF APPEAL DATE FILED**     8/6/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ
      **MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

Cause No. 2014-32348

| | | |
|---|---|---|
| INFINITY CAPITAL II, LLC, | § | IN THE DISTRICT COURT |
| INFINITY CAPITAL, LLC, | § | |
| LAURIE A. MCRAY, and | § | |
| MCRAY MONEY MANAGEMENT, LLC, | § | |
| | § | |
| Plaintiffs, | § | HARRIS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| STRASBURGER & PRICE, LLP, | § | |
| | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs INFINITY CAPITAL II, LLC, INFINITY CAPITAL, LLC, LAURIE A. MCRAY, and MCRAY MONEY MANAGEMENT, LLC, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, and file this Notice of Appeal, and in support hereof would respectfully show as follows:

1.      Plaintiffs INFINITY CAPITAL II, LLC, INFINITY CAPITAL, LLC, LAURIE A. MCRAY, and MCRAY MONEY MANAGEMENT, LLC, desire to appeal from the Final Judgment signed by this Court on July 24, 2015.

2.      Plaintiffs appeal to either the First or the Fourteenth Court of Appeals.

Respectfully submitted,

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART
State Bar No.   00792344
H. EMERSON GROGRO
State Bar No.: 24087634
7322 Southwest Freeway, Ste. 1510
Houston, Texas 77074
Tel:      (713) 807-0020
Fax:      (713) 807-0040
anthony@bannwartlawfirm.com
emerson.grogro@bannwartlawfirm.com

ATTORNEYS FOR PLAINTIFFS

2

**LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS**

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

| | |
|---|---|
| Caption: | Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay, and McRay Money Management, LLC, Appellants v. Strasburger & Price, LLP, Appellee |
| Trial Court case number: | 2014-32348 |
| Appellate Court case number: | 01-14-00841-CV |

SIGNED this 6th day of August, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Plaintiffs' Notice of Appeal has this day been sent by electronic delivery and/or Certified Mail, Return Receipt Requested, and/or via facsimile to the following counsel of record: Mr. Gary Siller, of Strasburger & Price, LLP, attorney of record for STRASBURGER & PRICE, Defendant, located at 909 Fannin St., Suite 2300, Houston, Texas 77010, (713) 951-5660.

SIGNED this 6th day of August, 2015.

BANNWART & ASSOCIATES, P.C.

By: _____
ANTHONY L. BANNWART

ATTORNEYS FOR PLAINTIFFS

4

6/24/2015 4:53:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 5813391
By: ROY, DAIQUIRI K
Filed: 6/24/2015 4:53:30 PM

CAUSE NO. 2014-32348

| | | |
|---|---|---|
| INFINITY CAPITAL II, LLC, | § | IN THE DISTRICT COURT OF |
| INFINITY CAPITAL, LLC, | § | |
| LAURIE A. MCRAY, and MCRAY | § | |
| MONEY MANAGEMENT, LLC | § | HARRIS COUNTY, TEXAS |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| STRASBURGER & PRICE, LLP | § | 281st JUDICIAL DISTRICT |

## FINAL JUDGMENT

On this day the Court considered the Motion to Confirm Arbitration Award filed by

Defendant Strasburger & Price, LLP ("Defendant" or "Strasburger"), seeking to confirm

its arbitration award and enter final judgment against Laurie A McRay ("McRay"),

McRay Money Management, LLC ("MMM"), Infinity Capital, LLC ("Infinity"), and Infinity

Capital II, LLC ("Infinity II") (collectively "Plaintiffs") _and Plaintiffs' Motion to Vacate_ The Court finds that the Motion _to Confirm_

should be granted. _The motion to vacate should be denied._

IT IS THEREFORE ORDERED, ADJUDGED, DECREED, and DECLARED that

the transfers of the following properties from Infinity Capital, LLC, to Infinity Capital II,

LLC, as filed on May 8, 2013, and recorded in document number 20130221179 of the

Official Public Records of Harris County, Texas, were fraudulent and are therefore

deemed null, void, and of no legal force or effect.

6007 Memorial Drive, #301, Houston, Texas 77007

3333 Allen Parkway, #1206, Houston, Texas 77019

6327 Borg Breakpoint, Houston, Texas 77379

3311 Yupon Street, #307, Houston, Texas 77006

3311 Yupon Street, #602, Houston, Texas 77006

3311 Yupon Street, #410, Houston, Texas 77006

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

5026 Charrlton Drive, Houston, Texas 77039

IT IS FURTHER ORDERED, ADJUDGED, DECREED, and DECLARED that the transfers of the following properties from Infinity Capltal, LLC, to Infinity Capital II, LLC, as filed on January 7, 2015, and recorded in document number 20150007609 of the Official Public Records of Harris County, Texas, were fraudulent and are therefore deemed null, void, and of no legal force or effect·

8302 Burwood Park Drive, Spring, Texas 77379

9311 Enmore Court, Houston, Texas 77095

IT IS FURTHER ORDERED, ADJUDGED, DECREED, and DECLARED that Strasburger is granted an equitable interest in and a lien on all of the above-described propertles.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Strasburger has judgment against Plaintiffs, jointly and severally, in the amount of $1,413,164

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that, in addition to the amount provided in the preceding paragraph, Strasburger has judgment against McRay, MMM, and Infinity, jointly and severally, in the amount of $4,830

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Strasburger has judgment against Plaintiffs, jointly and severally, in the amount of $307,406 for Strasburger's reasonable and necessary attorney's fees and expenses incurred in the arbitration. In the event Plaintiffs, or any of them, unsuccessfully appeal this judgment to the Court of Appeals, Plaintiffs wIll be liable for an additional $40,000 in reasonable and necessary attorney's fees. In the event Plaintiffs, or any of them, unsuccessfully appeal

this judgment to the Texas Supreme Court, Plaintiffs will be liable for an additional $25,000 in reasonable and necessary attorney's fees.

All other relief sought in this case but not granted herein is denied.

This Final Judgment disposes of all parties and claims in this case and is final and appealable.

Signed on _____July  24_____, 2015.

_____
Presiding Judge

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    AUG 11, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ - INT
                     GENERAL PARTY INQUIRY             PAGE:  1 -    2

CASE NUM: 201432348__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: DECLARATORY JUDGMENT          CASE STATUS: CASE ON APPEAL
STYLE: INFINITY CAPITAL II LLC        VS STRASBURGER & PRICE LLP
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR         PERSON NAME           PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00007-0001 DEF 18350300 STRASBURGER & PRICE LLP        SILLER, GARY
_     00006-0001 AGT          STRASBURGER & PRICE LLP (TEXAS
_     00005-0001 PLT 00792344 MCRAY MONEY MANAGEMENT LLC     BANNWART, ANT
_     00005-0001 PAP 00787392 DOW, SANFORD LAWRENCE
_     00004-0001 PLT 00792344 MCRAY, LAURIE A                BANNWART, ANT
_     00004-0001 PAP 00787392 DOW, SANFORD LAWRENCE
_     00003-0001 PLT 00792344 INFINITY CAPITAL LLC           BANNWART, ANT
_     00003-0001 PAP 00787392 DOW, SANFORD LAWRENCE

==> (11) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```

```
CASE NUM: 201432348__  PJN> __  TRANS NUM: _____  CURRENT COURT: 281 PUB? _
CASE TYPE: DECLARATORY JUDGMENT            CASE STATUS: CASE ON APPEAL
STYLE: INFINITY CAPITAL II LLC            VS STRASBURGER & PRICE LLP
===========================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                           STAT
_    00002-0001 DEF 18350300 STRASBURGER & PRICE LLP            SILLER, GARY
_    00001-0001 PLT 00792344 INFINITY CAPITAL II LLC            BANNWART, ANT
_    00001-0001 PAP 00787392 DOW, SANFORD LAWRENCE
```

```
==> (11) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```